-PS/CD-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL L. COX, 04B0441,

        Petitioner,

    -v-

JOHN P. LEMPKE,

        Respondent.

---

DECISION AND ORDER
11-CV-6213P

    Petitioner, an inmate at the Five Points Correctional Facility, has brought this proceeding under 28 U.S.C. § 2254. Petitioner seeks to challenge a conviction reached in the Supreme Court located in Oneida County, New York. The Court finds that the Northern District of New York would be a more convenient forum for this action because all of the records relating to the petitioner's underlying criminal conviction are located in that district. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 499, n.15 (1973). The Clerk of Court is directed to transmit the fee paid by petitioner to the Northern District of New York.

    IT HEREBY IS ORDERED, that the case is transferred to the United States District Court for the Northern District of New York.

    SO ORDERED.

Dated:   May 4, 2011
        Rochester, New York

                          *Charles J. Siragusa*
                          CHARLES J. SIRAGUSA
                          United States District Judge